IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRTLE GORDON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| CITY OF PHILADELPHIA, ET AL., | : | NO. 07-5039 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this ___ day of August 2009, after a bench trial and pursuant to Federal Rule of Civil Procedure 52(a), **JUDGMENT** is **ENTERED** in favor of Plaintiff and against Defendants as follows:

1. Defendant City of Philadelphia is liable to Plaintiff for the value of the Property at the date of purchase–$31,421.

2. Defendants Flowers and GMF are liable to Plaintiff for the full amount of the underlying contract price–$56,666.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.