IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRTLE GORDON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| CITY OF PHILADELPHIA, ET AL., | : | NO. 07-5039 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this ___ of April, 2010, following a bench trial and pursuant to Fed. R. Civ. P. 52(a), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. **JUDGMENT IS ENTERED** in favor of Plaintiff, and against Defendants Gary Flowers and GMF Interior Installations in the amount of fifty-six thousand six hundred sixty-six dollars ($56,666.00) plus interest and costs of suit; and

2. Plaintiff is awarded punitive damages in the amount of ten percent (10%) of the judgment, for a punitive damages award totaling five thousand six hundred sixty-six dollars and sixty cents ($5,666.60).

**IT IS FURTHER ORDERED** that the stay of the Writ of Execution issued to PNC Bank granted on November 6, 2009 (Doc. 58) is **LIFTED** forthwith.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**